IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID LUCAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-MC-3879-WKW |
| | ) [WO] |
| TERRY RAYBORN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On July 31, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and the Recommendation, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) The Rule 27 Petition for Discovery is DENIED; and

(3) This action is DISMISSED.

Final judgment will be entered separately.

DONE this 4th day of September, 2019.

                                          /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE